# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-5044**

**September Term, 2020**

**1:21-cv-00172-UNA**

**Filed On:** June 11, 2021

Alex Martinez,

      Appellant

    v.

United States of America, et al.,

      Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Millett and Wilkins, Circuit Judges, and Sentelle, Senior Circuit Judge

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and supplement filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's January 26, 2021 order dismissing appellant's complaint for lack of jurisdiction be affirmed. Appellant has raised no argument to rebut the district court's conclusion that it lacked jurisdiction over his claims. See United States ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004) (arguments not raised on appeal are forfeited).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

                  **FOR THE COURT:**
                  Mark J. Langer, Clerk

        BY:    /s/
                  Daniel J. Reidy
                  Deputy Clerk